IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01687-PAB-CBS

VIESTI ASSOCIATES, INC.,

    Plaintiff,

v.

PEARSON EDUCATION, INC., and
JOHN DOES 1 through 10,

    Defendants.

# ORDER

This matter comes before the Court on plaintiff's Motion for Reassignment to Magistrate Judge David West [Docket No. 16]. Having reviewed the motion, response, and reply, the Court concludes that the motion should be granted.[1]

Accordingly, it is

**ORDERED** that plaintiff's Motion for Reassignment to Magistrate Judge David West [Docket No. 16] is **GRANTED**. It is further

**ORDERED** that this case shall be **REASSIGNED** to David L. West, United States Magistrate Judge for the District of Colorado, subject to the terms of the Order of Reference to United States Magistrate Judge [Docket No. 4]. It is further

---

[1] Plaintiff's counsel sent the Court a letter on October 25, 2011, a courtesy copy of which was emailed to counsel for defendants. Requests of the Court should typically be in form of motions. *See* Fed. R. Civ. P. 7(b)(1). Accordingly, the Court has not considered this letter because it does not conform with D.C.COLO.LCivR 7.1.

**ORDERED** that, in all future filings, the case number shall be shown as 11-cv-01687-PAB-DW.

DATED October 31, 2011.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge