**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Civil Action No. 11-CV-01687-PAB-DLW**

**VIESTI ASSOCIATES, INC.,**

**Plaintiff,**

**vs.**

**PEARSON EDUCATION, INC.,
and JOHN DOES 1 through 10,**

**Defendants.**

---

**MINUTE ORDER CORRECTING MINUTES FROM
RULE 16(b) SCHEDULING CONFERENCE**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The minutes from the Rule 16(b) Scheduling Conference held on December 13, 2011 incorrectly stated, "All depositions, fact and expert witnesses, shall be completed no later than: **40 days prior to June 6, 2012."**  It should have stated "**...no later than June 6, 2012.**"

**DATED: December 28, 2011.**

                                                    **BY THE COURT:**

                                                    **s/David L. West
United States Magistrate Judge**