**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

Civil Action No. 11-CV-01687-PAB-DLW

**VIESTI ASSOCIATES, INC.**

**Plaintiff,**

**v.**

**PEARSON EDUCATION, INC.,
and JOHN DOES 1 through 10,**

**Defendants.**

_____

**ORDER RE: UNOPPOSED JOINT MOTION TO
VACATE AND RESET SETTLEMENT CONFERENCE [DOC. #54]**
_____

The Unopposed Joint Motion to Vacate and Reset Settlement Conference [Doc. #54] was referred to the Magistrate Judge by Judge Philip A. Brimmer on December 22, 2012, and having reviewed said motion;

**IT IS HEREBY ORDERED** that the Unopposed Joint Motion to Vacate and Reset Settlement Conference [Doc. #54] is **GRANTED** and the Settlement Conference currently scheduled for March 6, 2012 is **VACATED**.

**IT IS FURTHER ORDERED** that the Settlement Conference is **RESCHEDULED for May 17, 2012 at 10:30 a.m before the Magistrate Judge in Durango, Colorado** and that the parties shall submit Confidential Settlement Statements to the Magistrate Judge on or before May 14, 2012.

**DATED: February 28, 2012.**

                                                **BY THE COURT:**

                                                **s/David L. West**
                                                **United States Magistrate Judge**