IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 11-cv-01687-PAB-DW

VIESTI ASSOCIATES, INC.

        Plaintiff,

v.

PEARSON EDUCATION, INC.,

        Defendant.

---

**ORDER RE: JOINT MOTION TO MODIFY (Doc. #75)**

---

This matter comes before the Court on the Parties' Joint Motion to Modify Scheduling Order. Having reviewed the motion, the Court concludes that the motion should be granted.

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Modify Scheduling Order is **GRANTED**.

**IT IS FURTHER ORDERED** that the Scheduling Order dated April 13, 2012 (Docket No. 65) and other related scheduling orders and entries (Docket No. 73) are modified as follows. Except as modified, the Scheduling Order and related orders and entries remain in full force and effect.

- The deadline for submission of Confidential Settlement Statements is modified from September 10, 2012 to **November 29, 2012.**

- The date for the Settlement Conference is modified from September 20, 2012 to December **6, 2012. @ 9:00 a.m.**

- The Discovery Cut-Off date is modified from September 4, 2012 to December 3, 2012.

- The deadline for Dispositive Motions is modified from October 4, 2012 to January 2, 2013.

- The deadline for the Final Pretrial Order is modified from November 1, 2012 to January 30, 2013.

- The date for the Final Pretrial Conference is modified from November 6, 2012 to February 4, 2013.

Dated: **September 7**, 2012

BY THE COURT:

**s/David L. West**
United States Magistrate Judge