# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge David L. West

Civil Action No. 11-CV-01687-PAB-DLW

**VIESTI ASSOCIATES, INC.**

**Plaintiff,**

v.

**PEARSON EDUCATION, INC.,**
**and JOHN DOES 1 through 10,**

**Defendants.**

_____

### ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER [Doc. #88]
_____

The Parties Joint Motion to Modify Scheduling Order was referred to the Magistrate Judge by Judge Philip A. Brimmer on March 7, 2013, and after review;

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Modify Scheduling Order [Doc. #88] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Scheduling Order dated September 7, 2012 [Doc. #77] and other related scheduling orders and entries [Doc. #83] are modified as follows:

- The Discovery Cut-Off date is modified from March 4, 2013 to May 31, 2013.
- The deadline for Dispositive Motions is modified from April 2, 2013 to June 28, 2013.
- The deadline for the Final Pretrial Order is modified from April 30, 2013 to July 26, 2013.
- The date for the Final Pretrial Conference is modified from May 6, 2013 at 3:30 p.m. to August 2, 2013 at 2:30 p.m.

Except as modified above, the Scheduling Order and related orders and entries remain in full force and effect.

**DATED: March 11, 2013**

                                              **s/David L. West**

                                              **United States Magistrate Judge**