## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge David L. West

Civil Action No. 11-CV-01687-PAB-DLW

**VIESTI ASSOCIATES, INC.**

**Plaintiff,**

v.

**PEARSON EDUCATION, INC.,**

**Defendants.**

_____

## A M E N D E D

## ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER [DOC. #158]
_____

The Joint Motion to Modify Scheduling Order was referred to the Magistrate Judge by Judge Philip A. Brimmer on August 22, 2013, and

**IT IS HEREBY ORDERED** that the Joint Motion to Modify Scheduling Order [Doc. #158] is **GRANTED** as follows:

- The deadline for the Final Pretrial Order is modified from September 17, 2013 to 30 days after service of Orders resolving the following pending motions: Defendant's Motion for Summary Judgment [Doc. #100], Defendant's [Second] Motion for Summary Judgment [Doc. #116]; and Plaintiff's Motion for Partial Summary Judgment [Doc. #117].

- The date for the Final Pretrial Conference is modified from September 24, 2013 at 2:30 p.m. to **November 5, 2013 at 3:30 p.m.** before the Magistrate Judge in Durango, Colorado.

Except as modified above, the Scheduling Order and related orders and entries remain in full force and effect.

**DATED: September 9, 2013**

**s/David L. West**
**United States Magistrate Judge**