IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 11-cv-01687-PAB-DW

VIESTI ASSOCIATES, INC.

    Plaintiff,

v.

PEARSON EDUCATION, INC.,

    Defendant.

---

ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER [DOC.#184]

---

This matter comes before the Court on the Parties' Joint Motion to Modify Scheduling Order. Having reviewed the motion, the Court concludes that the motion should be granted.

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Modify Scheduling Order is **GRANTED**.

**IT IS FURTHER ORDERED** that the Scheduling Order dated September 9, 2013 (Docket No. 166) is modified as follows. Except as modified, the Scheduling Order and related orders and entries remain in full force and effect.

- The date for the Final Pretrial Conference is modified from November 5, 2013 to January 28, 2014 at 3:00 p.m. before the Magistrate Judge in Durango, Colorado

Dated: 10/30 , 2013

        BY THE COURT:

        s/David L. West
        United States Magistrate Judge
        David L. West