**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No: 11-cv-01687-PAB-DW

VIESTI ASSOCIATES, INC.

Plaintiff,

v.

PEARSON EDUCATION, INC.,

Defendant.

---

ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER [DOC.#184]

---

This matter comes before the Court on the Parties' Joint Motion to Modify Scheduling Order. Having reviewed the motion, the Court concludes that the motion should be granted.

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Modify Scheduling Order is **GRANTED.**

**IT IS FURTHER ORDERED** that the Scheduling Order dated September 9, 2013 (Docket No. 166) is modified as follows. Except as modified, the Scheduling Order and related orders and entries remain in full force and effect.

- The date for the Final Pretrial Conference is modified from November 5, 2013 to January 28, 2014 at 3:00 p.m. before the Magistrate Judge in Durango, Colorado

Dated: 10/30, 2013

BY THE COURT:

s/David L. West
United States Magistrate Judge
David L. West