# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge David L. West

Civil Action No. 11-CV-01687-PAB-DW

**VIESTI ASSOCIATES, INC.**

**Plaintiff,**

**v.**

**PEARSON EDUCATION, INC.,**

**Defendants.**

_____

### ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER [DOC. #193]
_____

The Joint Motion to Modify Scheduling Order was referred to the Magistrate Judge by Judge Philip A. Brimmer on January 21, 2014 and

**IT IS HEREBY ORDERED** that the Joint Motion to Modify Scheduling Order [Doc. #193] is **GRANTED** as follows:

- The date for the Final Pretrial Conference is modified from January 28, 2014 at 3:00 p.m. to April 10, 2014 at 4:00 p.m.
- 

Except as modified above, the Scheduling Order and related orders and entries remain in full force and effect.

**DATED: January 24, 2014.**

              **BY THE COURT:**

              **s/David L. West**
              **United States Magistrate Judge**